**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>v.<br><br>De'Aja Reed,<br><br>                Defendant. | No. CR-23-00566-01-PHX-SPL<br><br>**DETENTION ORDER** |

On February 14, 2024, Defendant appeared before this Court pursuant to a bench warrant which resulted from her failure to appear at an October 30, 2023, change of plea hearing. At the hearing, Defendant submitted the issue to the Court without argument. The Court considered this along with Defendant's previous conditions of release in determining whether Defendant should be released again on conditions set by the Court.

The Court finds, by clear and convincing evidence, that Defendant has violated the conditions of her release by failing to appear before a judicial officer at her previous hearing. (Doc. 9 at 1). The Court also finds that there is no condition or combination of conditions available to the Court that will reasonably assure the appearance of Defendant as required. *See* 18 U.S.C. § 3148(b).

Accordingly,

///

///

///

**IT IS ORDERED** that Defendant be detained pending further proceedings as a flight risk.

Dated this 14th day of February, 2024.

                                        Honorable Steven P. Logan
                                        United States District Judge